# THE DISTRICT COURT OF THE UNITED STATES:

# THE COURT OF BANKRUPTCY FOR THE DISTRICT OF COLUMBIA

**CONFIDENTIAL – COURT FILING PACKAGE FOR INTERNAL USE ONLY**

Confidential Case Title And Information:

Case Number: _____

Case: 1:25-cv-01021
Assigned To : Ali, Amir H.
Assign. Date : 3/31/2025
Description: Habeas Corpus/2255 (G-DECK)

**Case Title:**
**Walter Lazare Jr., Foreign Representative of the Principal Creditor**
vs.
**WALTER LAZARE JR.,**
**A Cross-Border Principal Debtor**
**Private Executive Estate: The Bankrupt**
(A BODY Corporate/Account in Form)

**Debtors:**

- UNITED STATES,
  **Organization of Corporation, an AFFILIATE**
- STATE OF MASSACHUSETTS,
  **Organization of Corporation, an AFFILIATE**
- Office of the Bishop - Diocese of Boston,
  **The Foreign Church of Rome**
  **Organization of Corporation, an AFFILIATE**
- [Other Debtors]

# COVER PAGE FOR PETITION FOR A WRIT OF HABEAS CORPUS TO OBTAIN THE BODY CORPORATE OF THE PRINCIPAL DEBTOR

### THE COURT OF BANKRUPTCY FOR THE DISTRICT OF COLUMBIA

**Walter Lazare Jr.;**
Foreign Representative of the Principal Creditor

vs.

**WALTER LAZARE JR.**
A Cross-Border Principal Debtor
Private Executive Estate: The Bankrupt (a BODY Corporate/Account in Form)

**Case No.** _____

**Petition for a Writ of Habeas Corpus**
**To Obtain the Body Corporate of the Principal Debtor**

This petition demands the issuance of a writ of habeas corpus to obtain the body corporate of the Principal Debtor, Walter Lazare Jr. The writ is necessary to ensure that legal claims can be processed in a manner consistent with applicable constitutional and legal standards.

10

## THE COURT OF BANKRUPTCY FOR THE DISTRICT OF COLUMBIA

**Walter Lazare Jr.;**
Foreign BODY State of America
Principal Creditor,

vs.

**Walter Lazare Jr.,**
A Cross-Border Principal Debtor
Private Executive Estate: The Bankrupt
(A BODY Corporate/Account in Form)

**Case No.**

**Debtors:**

- **UNITED STATES,**
  **Organization of Corporation, an AFFILIATE**
- **STATE OF MASSACHUSETTS,**
  **Organization of Corporation, an AFFILIATE**
- **Office of the Bishop - Diocese of Boston,**
  **The Foreign Church of Rome**
  **Organization of Corporation, an AFFILIATE**
- **[Other Debtors]**

**PETITION FOR A WRIT OF HABEAS CORPUS**
**UNDER 28 U.S.C. § 2256**
**AS A FOREIGN PROCEEDING**
**UNDER GREEN JACKET CHAPTER 7 - INVOLUNTARY BANKRUPTCY**
**LIQUIDATION.**

**PETITION FOR A WRIT OF HABEAS CORPUS**
To produce the BODY of the PRINCIPAL DEBTOR as he is a BODY Corporate/Account in Form. (Per Sec. 2256 - Habeas corpus from bankruptcy courts.)

Now comes, **Walter Lazare Jr.**, a Body State of One - the American Principal Creditor citizen of the United States of America; petitioning this Court as a demand for justice to have the Body of the Principal Debtor produced in order to properly resolve this Foreign and Cross-Border Bankruptcy Court Action.

The grounds for relief to the petitioner; **Walter Lazare Jr.**, the American Principal Creditor by his will demands that his Principal Debtor – **WALTER LAZARE JR.** as a UNITED STATES Citizenship, be presented in his required Body Corporate/Account in Form to provide for a just probated accounting of all assets in order that the absolute Inherit Estate can be justly restored to the Principal Creditor's control.

The statements of the facts supporting the grounds of this action are that this Principal Debtor – **WALTER LAZARE JR.** has operated as Body Corporate/Account in Form, entering into insurance monetary bondage leasing contracts, letters of marque, and other extrinsic fraudulent operating agreements with corporate AFFILIATES, be they the organizations of corporation – **UNITED STATES, STATE OF MASSACHUSETTS**, or other corporate establishments. The Principal Debtor has acted as the LESSOR of the property he holds on account and as a Private Deposit Insurer. The AFFILIATES have been the leasing beneficiaries, as the LESSEES and they are also lease rent debtors owing leasing rents to the Principal Debtor, but they have operated with deceptive payment instruments. Therefore, a mid-term probated accounting by the will of the Principal Creditor is required to support this Habeas Corpus demand for justice.

**Statement of Relief Demand**: There is but one Relief that can be afforded at this time per the Law and that is the complete liquidation of the Principal Debtor – **WALTER LAZARE JR.** as Body Corporate/Account in Form after all just probated assets have been surrendered to the Principal Creditor and the UNITED STATES Citizenship has been removed from the record books.

**Date Submitted**:

**Signed under penalty of perjury by the Foreign Representative**:

_____



12

# COVER PAGE FOR PETITION FOR FOREIGN RECOGNITION

## THE COURT OF BANKRUPTCY FOR THE DISTRICT OF COLUMBIA

**Walter Lazare Jr.;**
Foreign Representative of the Principal Creditor

vs.

**WALTER LAZARE JR.**
A Cross-Border Principal Debtor
Private Executive Estate: The Bankrupt (a BODY Corporate/Account in Form)

Case: 1:25-cv-01021
Assigned To : Ali, Amir H.
Assign. Date : 3/31/2025
Description: Habeas Corpus/2255 (G-DECK)

Case No. _____

**Petition for Foreign Recognition**
**As a Foreign Proceeding**

This document serves as a petition for the recognition of a foreign proceeding. The undersigned, Walter Lazare Jr., acting as the Foreign Representative, seeks official recognition of this matter within the jurisdiction of The Bankruptcy Court For The District Of Columbia. The petition supports the legal acknowledgment of this foreign action to proceed under Chapter 7 Bankruptcy Laws.

4

## PETITION FOR RECOGNITION FOR FOREIGN REPRESENTATIVE AND FOREIGN PROCEEDING

Now comes, Walter Lazare Jr., a Body State of One – American State citizen of the United States of America; as an interfacing prerequisite for any State-to-State intercourse between the separated States, be they a STATE in the form of an artificial Person or a Body. As an individual State citizen of the United States of America within the territorial jurisdiction of the United States of America, a recognition of the parties must be approved first. Therefore, this American State citizen, as the Foreign Representative of Walter Lazare Jr. – Body State, is presenting this Petition for Recognition, along with a copy of the Foreign Regional Secretary of State "Massachusetts" approved Principal Debtor/Creditor's UCC1 # _____ and other supportive documents to validate the Foreign Status, as it is a requirement from the artificial Person State - UNITED STATES, per their codes as by-laws under **Title 11 U.S.C. Chapter 15 section 1515(b)(3)**.

As I am the Foreign Representative of a Previously Court Recognized Foreign Statehood, I stand behind the Constitution of the United States of America, its Public Statutes at Large, and also the International Laws of Treaties Between Nations and States, for they provide the secured protections of Law afforded to all individual State Citizens. Be they a Person or Body State within the territorial jurisdiction of the United States of America, my Foreign State Body of One by-laws are my own individual faith and beliefs, regulating and controlling the actions of this Body State, and cannot be imposed on any other State. The same holds true with the by-laws of the artificial Person State - United States. Therefore, a Foreign Court is required per the Law in order to ensure justice per the Constitution and the Public Statutes at Large covering the Bankruptcy Acts.

This Petition of Recognition is presented in order to afford the United States Bankruptcy Court the opportunity to fully recognize Walter Lazare Jr. as the Foreign Representative for this required adversarial Cross-Border Court action and then to have it processed as a Foreign Proceeding under the Laws of the Public Statutes at Large dealing with the Bankruptcy Acts. This action will also help in terminating several violations of the Laws of the Constitution and the Public Statutes at Large. Two key ones to note are Article I, Section 10, and the Trading with the Enemy Act of 1917.

Whereas, the continued usage of the Principal Debtor's Executive Estate as collateral in a foreign commercial monetary bondage past the age of 25, which is the Lawful property of the Inherit Secured Party Creditor, it is no longer lawfully licensed. Therefore, it is now being operated under Letters of Marque in violation of the Law. This Foreign Representative demands the required enforcement by this Foreign Court of jurisdiction to provide the required constitutional protections to both parties as adversarial States. This action is also required to prevent any further extrinsic fraud to allow for just American commerce causing harm to no one.

The required court action is against an artificial Body corporate UNITED STATES citizenship that is in the custody of the Artificial Person State UNITED STATES. A Motion to this Court is also attached as an Involuntary Chapter 7 Bankruptcy Liquidation proceeding of the Principal Debtor Walter Lazare Jr. as an insolvent. It is also a Cross-Border Insolvency case because it spans the boundaries of two Foreign States—the domicile of the Principal Debtor and that of the Principal Creditor. As a Foreign Court proceeding, it would then be required to utilize the Constitution of the United States of America, the Public Statutes at Large, and the International Laws of Treaties between Nations and States in order to ensure true justice to both parties.

As per **28 U.S.C. § 1346**, this Court is vested with the jurisdiction to adjudicate civil actions against the United States for the recovery of damages due to wrongful acts by federal employees or agencies. In this instance, the actions of the UNITED STATES, an artificial corporate person, must be addressed under the Court's jurisdiction to ensure the protection of rights against unlawful acts carried out by the U.S. government.

Furthermore, **28 U.S.C. § 1491** provides this Court with the authority to handle claims for money damages against the United States, particularly in the context of contracts and other governmental acts. As this action pertains to the assets of the Principal Debtor Walter Lazare Jr. and the obligations that have been levied on the Body State under the artificial Person State UNITED STATES, it is within the jurisdiction of this Court to resolve the disputes and ensure compliance with the Constitution of the United States and Public Statutes at Large. This statutory framework guarantees that the rights of individual citizens, including sovereign citizens, are preserved, and claims for damages or restitution against the United States are addressed in the appropriate legal context.

The Foreign Representative is the representative to the individual and separate sovereign State of the Man – Walter Lazare Jr., who is, in fact, an independent and separate Body State from the governmental Person State known as UNITED STATES citizenship. This is an established fact in Law. The Body State's principal marksman signing of the Body State landed contract with two attesting witnesses under gold seal, known as the Body State original hospital birthing - Birth Certificate, could not have been performed by an artificial citizenship person.

The initial Body State recording of the birthing of Walter Lazare Jr. as a Body State citizen of the United States of America was processed by _____ on _____ as the Middlesex County Clerk of Court in Massachusetts. This was an initial Probate Court Recognition to allow for the initial inherit probated birthing account for this individual Body State. Walter Lazare Jr. was granted Foreign State status of being an independent Body State and Foreign Statehood upon being Recorded into the County Book of Life. This also includes that of being different and having secured protected Rights over those offered by the artificial Person State - UNITED STATES. (A copy of the photocopy document that was used by the STATE OF MASSACHUSETTS Registrar is attached.)

6

**Date Submitted by mail:**
**Presented as the Will of:** _____

Walter Lazare Jr.
"Foreign Body State of America"
(Under seal and bounded Landmarks – the two index witnesses of the Body/State of Man)

This Recognition of the Foreign Representative and Foreign Proceeding stands as approved.

**Date Approved:** _____

**By Court Judge:** _____
[Under Court Seal]

